UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOOLRIDGE,<br><br>        Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>        Respondent. | Case No. CV 16-2592 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the March 30, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.[1] The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

---

[1] This Court, in an exercise of its discretion, declines to consider new arguments presented for the first time in the Objections. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1 | IT IS HEREBY ORDERED that the Petition is denied and this action is
2 | dismissed with prejudice and that Judgment be entered accordingly.
3 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
4 | Report and Recommendation, and the Judgment herein on petitioner and on
5 | respondent's counsel.

IT IS SO ORDERED.

DATED: April 24, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE