UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM WOOLRIDGE, | ) | Case No. CV 16-2592 JVS(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RAYMOND MADDEN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: April 24, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE